IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

D.W., A MINOR, BY AND THROUGH
MICHELLE WILLIAMS, HIS PARENT,

    Plaintiff,

v.                                                  Civil Action No. 3:17cv679

CHESTERFIELD COUNTY SCHOOLS, and
DR. JAMES LANE, SUPERINTENDENT,
CHESTERFIELD COUNTY PUBLIC SCHOOLS,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on June 5, 2018. (ECF No. 10.) The time to file objections has expired and no party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)    The R&R, (ECF No. 10), is ADOPTED as the opinion of this Court; and

(2)    This action is REMANDED to the Chesterfield County Circuit Court.

Let the Clerk send a copy of this Order to all counsel of record and to D.W., by and through Michelle Williams, at his address of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 6/22/18
Richmond, Virginia